# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| DAVID SAMS,<br><br>      Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC (NC),<br><br>      Defendant. | Civil Action No. 5:20-CV-00397-MTT |

## JOINT STIPULATION OF DISMISSAL *WITH* PREJUDICE

Plaintiff DAVID SAMS and Defendant LOWE'S HOME CENTERS, LLC, by their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that Plaintiff's cause of action is hereby dismissed in its entirety, *with prejudice*. Each party will bear its own costs.

Jointly and respectfully submitted this 7th day of October, 2021.

By: */s/ Adian R. Miller*
   Adian R. Miller
   Georgia Bar No. 794647
   adian@justiceatwork.com
   1100 Peachtree St., N.E., Suite 500
   Atlanta, GA 30309
   Telephone: (404) 214-0120
   Facsimile: (404) 214-0125

   *Attorney for Plaintiff*

By: */s/ Misty R. Martin*
   James J. Swartz, Jr.
   Georgia Bar No. 694319
   jswartz@seyfarth.com
   Misty R. Martin
   Georgia Bar No. 576363
   mrmartin@seyfarth.com
   SEYFARTH SHAW LLP
   1075 Peachtree St., N.E., Suite 2500
   Atlanta, GA  30309-3958
   Telephone:   (404) 885-1500
   Facsimile:   (404) 892-7056

   *Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| DAVID SAMS,<br><br>      Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC (NC),<br><br>      Defendant. | Civil Action No. 5:20-CV-00397-MTT |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2021, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court by using the CM/ECF system, which will send notice to the following counsel of record:

>Adian R. Miller
>BARRETT & FARAHANY
>1100 Peachtree Street, Suite 500
>Atlanta, GA 30309
>E-mail: adian@justiceatwork.com

>>*/s/ Misty R. Martin*
>>Misty R. Martin

2